BEFORE ARBITRATOR STUART M. COWAN

STATE OF HAWAII

| | | |
|---|---|---|
| In The Matter Of The Arbitration Between | ) ) | GRIEVANCE OF THE UNION RE GORDON OAMILDA (Termination) |
| | ) | |
| HAWAII TEAMSTERS AND ALLIED WORKERS, LOCAL 996, | ) ) | SHERMAN HOWARD L.L.C. |
| | ) | |
| Union, | ) | JUN 2 5 2012 |
| and | ) ) | **RECEIVED** |
| | ) | |
| AIRGAS WEST, INC., | ) | |
| Employer. | | |

## ARBITRATOR'S FINDINGS, DECISION and AWARD

### I.   INTRODUCTION

This matter came on for hearing before Arbitrator Stuart M. Cowan on April 23rd , 2012.  The Union was represented by Sean Kim, Esq.  Employer was represented by Thomas Kennedy, Esq.  This grievance arose from the August 19th, 2011  termination of Grievant GORDON OAMILDA (hereafter "Grievant", or "Gordon") from employment at AirGasWest, Inc.(hereafter "AirGas" or "Employer") for an alleged violation of its"Zero Tolerance" sexual harassment policy toward fellow employee Ms. Gena Fretty..

Grievant and Hawaii Teamsters and Allied Workers, Local 996,  (hereinafter Union") timely filed a grievance challenging the termination alleging violation of the Collective Bargaining Agreement (hereafter "CBA"), seeking reinstatement and a "make whole remedy".  The parties agreed that all provisions of the grievance procedure of this CBA had been properly complied with, that the grievance is arbitrable, that this Arbitrator

**EXHIBIT " 2 "**

was jointly selected by the parties, and has jurisdiction to decide the issues presented. .

The matter was heard on April 23rd, 2012 as scheduled. Post Hearing Briefs were timely filed by the parties. The Arbitrator renders his Decision herewith.

## II.  ISSUE

This is a termination arbitration. Employer has the burden of proof. The issue is whether Mr. Gordon Oamilda was terminated for just cause. If not, what is the appropriate remedy?

## III.  STATEMENT OF FACTS

a)   Grievant Oamilda was terminated on August 19th, 2011 for alleged sexual harassment of a female co-employee, one Ms. Gena Fretty (hereinafter "Gena" or Ms. Fretty) by purportedly using the words "sharing her aloha" and "sharing her manapua" in an August 1st, 2011 telephone conversation with Ms. Fretty. Gena found this language sexually offensive. Inasmuch as the entire circumstance surrounding this termination was grounded in a brief telephone conversation between them, it is considered necessary to set same out here as was reported by Ms. Fretty in her recollected verbatim report of that 1300 hrs conversation[1]. Gordon called the Kapolei Customer Service Desk from his duty station at the Will Call Dock. He asked to speak to Tammy Bradshaw. Gena answered the phone vice Ms. Bradshaw. Gena then began the following conversation as

---

[1]   At page 1 of its Post-Arbitration Brief, Employer states reasonably well, the difficulty presented by this grievance: "The remarks [made by Grievant] are not in dispute. **The interpretation of the remarks is disputed.**"

reflected in Employer Exhibit "1" (Gena's reported version of the call):

"Gena:      [Gordon], how was your weekend?

Gordon:  Good.  How was your weekend?

Gena:      Hanging, tired because I went holoholo Kona this weekend.

Gordon:  Whoa, you went aloha Kona?

Gena:      No, I went holoholo in Kona.

Gordon:  I know all the guys you went aloha must be all happy.  Sharing your
              manapua[2] with every one.  Hahaha.

Gena:      No, Gordon, I went with my boyfriend to drop off his son.

Gordon:  Oh, your boyfriend, huh....Let me talk to Tammy."

Gena Fretty,  the complaining witness, and Employer contend that this conversation

violated Employer's zero tolerance sexual harassment policy as it was **"common**

**knowledge"** that "sharing your aloha" in **Hawaiian slang** means "spreading your legs" or

"sleeping around."  Gena and Employer further contend that the word "manapua" meant

"pussy" or "vagina" in **Hawaiian slang**, particularly when cited to a female from a male

---

[2] "Manapua" is a local Honolulu name of a style of Chinese
Char Siu Bao – a large steamed bun with a pork filling. They may
not be, the Arbitrator believes, available on all the Neighbor
Islands, but are particularly sold at various food stores in
Honolulu's Chinatown, often to Neighbor Island visitors to take
home for their friends.  It is worthy of note that not all local
foods are available on all the Neighbor Islands such as manapua
from Honolulu and Krispy Kreme doughnuts from Maui.  These are
often purchased and brought to friends when Islanders visit Oahu
and Maui.  Krispy Kreme, for instance, has its Wailuku/Kahalui
store on the way to the airport, an easy "take out" location to
get the doughnuts to take Krispy Kremes home to friends.

contemporary.   Grievant and the Union contend that Mr. Oamilda did not sexually harass

Ms. Fretty, that the termination was not for just cause and he should be reinstated with

full back pay and seniority.   This entire dispute revolves around the use and interpretation

of what is supposed to be **"Hawaiian pidgin slang"**, how it is perceived and interpreted.

The Arbitrator agrees with the Company that the **interpretation** of the remarks

(conversation) is the question to be decided in this grievance, see footnote 1, **supra**.

b) Gena Fretty was born on the mainland but has lived in Hawaii for about thirty

(30) years.   She is a non-bargaining customer service representative, taking orders from

customers and resolving customer issues.   On August 1, 2011, she was working in her

cubicle.   A call came in for Tammy Bradshaw, another customer service representative.

Ms. Fretty answered the phone.   It was Grievant Gordon Oamilda.   Instead of just

transferring the call to Ms. Bradshaw, Ms. Fretty initiated a personal conversation with

Grievant by initially asking him "How was [his] weekend".   He replied, good, and

apparently respectfully, inquired how was her weekend, whereupon the problem began.

Ms. Fretty testified that she then told Mr. Oamilda that she went "holoholo" Kona.

She claims this meant that she was visiting Kona.   Grievant then allegedly stated "whoa,

all guys in Kona happy share aloha" which she claims meant that she was "sleeping

around".   She said "no, I went to take boyfriend's son back to Hawaii."   Mr. Oamilda

4

said "huh, let me talk to Tammy."[3]

Ms. Fretty testified that "in her experience, 'aloha' and 'sharing manapua' means having sex with everyone. She got pissed off and it hurt her feelings".. She told a co-worker: "I'm fucken pissed." She interpreted "aloha Kona" to mean "spreading legs for everyone." She felt that "manapua" meant dead cat so she took that to mean "pussy, like vagina". She did not file a complaint that day but, after talking to her boyfriend that evening, filed an harassment complaint the next day. She told management that she wanted action taken. She believed that AirGas' sexual harassment policy was zero tolerance and that Grievant's comments fell within that prohibition. Her formal sexual harassment complaint demanded Grievant's discharge for violating company policy.

Ms. Fretty testified that she was told by Mr. Peggy Grzyacz, the Employer's Director of Human Resources, that a zero tolerance policy does not automatically mean termination. But Ms. Fretty wanted Mr. Oamilda terminated in any event.

c) It is noted that's. Ms. Fretty had a prior issue with Mr. Oamilda, referencing an April, 2005 incident involving interaction between them wherein she claimed that Mr. Oamilda had made inappropriate comments to her. Without further detailing that incident, it appears "bad blood" continued between the two, and with very little, if any, contact between them thereafter. Ms. Fretty and Mr. Oamilda did not speak to each other for 1 to 2 years. When they did start speaking to each other, it was cordial – nothing

---

[3] Ms. Fretty did not mention in her initial testimony that Grievant used the word "manapua" to her.

inappropriate was said.  No discipline was assessed against Grievant Oamilda (or Ms.

Fretty) for those alleged 2005 emails and comments and there is no evidence that the

April, 2005 complaint/incident was considered by AirGas in imposing the present

disciplinary action.  Ms. Fretty  was satisfied that Grievant was terminated.  She would

not have been happy if he had not been terminated for this instant "violation".

    d) Ms. Fretty testified she understood "**aloha**" also to  mean "**hello**" and

"**goodbye**"  She said that Grievant has mood swings – sometimes he's very nice,

sometimes he's very rude.  She testified Employer. Exhibit "1" was accurate "as is."

However, she told Ms. Grzyacz that it was a "more proper,  cleaned up version of her

verbal interview with Ms.  Grzyacz's (notes of her August 8, 2011 conversation with Ms.

Fretty).  Ms. Fretty also told Ms. Grzyacz that she was "not 100% sure what [she] wrote is

word for word correct."  (Emphasis added.)  She told Ms. Grzyacz that she was not trying

in  Exhibit. "1" to "elaborate on what he said.".  While she spoke to others who testified

at the hearing, Employer's Exhibit "1" and Gena's interpretation thereof remains the

interpretation Employer placed on the conversation between Grievant and Ms. Fretty, she

continuing to believe that what Mr. Oamilda was saying was that Gena slept around.  Ms.

Fretty's  supervisor, Ms. Lima (aka "Cookie")  testified that she reviewed Exhibit "1"

and said that "manapua" refers to a female's private part.  And "aloha" was used in a

sexual context.  She had no doubt it was sexual in nature.  She believes that Ms. Fretty is

a "street smart" individual.  She also testified that the phrase "whoa, you went aloha

6

Kona" meant that Ms. Fretty had sex with everyone in Kona. After she spoke to Ms. Grzyacz, she called Ms. Fretty who gave Ms. Lima a more descriptive explanation of what the terms "aloha" and "manapua" meant. Aloha means "share love, share oneself, share oneself sexually." She believed that the context of the statement "is everything."

e) Ms. Grzyacz is the Division Director for Human Resources. She works on the mainland and her coverage area is up and down the west coast, Las Vegas and Hawaii. She did not know what **"holoholo"** meant. She did not know that **"aloha"** had a sexual meaning. She thought '**manapua**" was a food item – she did not know it referred to "pussy." Ms. Grzyacz testified that the Company's sexual harassment policy governed her investigation. She testified that she relied on page 2 of the sexual harassment policy to find Mr. Oamilda was guilty of a violation. Company policy bans "Verbal conduct such as making or using derogatory comments, epithets, slurs, sexually explicit jokes, or comments about any individual's body or dress." She then looked at the severity of the violation. She terminated Mr. Oamilda based on page 3 of the Policy which states:

> If it is determined that this policy has been violated, remedial action will be taken, commensurate with the severity of the offense. Appropriate action will also be taken to deter and [sic] future harassment or discrimination. If a complaint of harassment or discrimination is substantiated, appropriate disciplinary action, up to and including discharge will be taken.

Ms. Grzyacz testified that Ms. Fretty thought that Mr. Oamilda was saying that she slept around and she, Ms. Fretty, wanted Mr. Oamilda fired. When making an

assessment on penalty, she takes the victim's feelings .into account. Ms. Fretty asked Ms. Grzyacz about the zero tolerance policy and Ms. Grzyacz told her that termination is not automatic. She had no idea about what the terms "aloha" and "manapua" meant so she asked Ms. Lima. Ms. Lima validated that "aloha" **could** mean "sleeping around." It **could** mean "love" or "fuck.". "Manapua" meant "pussy." Ms. Lima said that these words are "well understood in the Islands" to have these meanings. Mr. Oamilda denied that these words had these meaning but per Ms. Lima, "he's full of it" Ms. Lima believed that Mr. Oamilda said things to lots of people because he's in the Union and feels he is untouchable.

f) Ms. Grzyacz also interviewed Mr. Gordon Miyashiro who said Mr. Oamilda was rude to a customer the previous week. After speaking with senior management and legal counsel, she deemed termination the appropriate penalty. She believed it was appropriate <u>even if Mr. Oamilda didn't intend these meanings to the words "aloha" or "manapua"</u>. <u>The intent of the "perpetrator" is irrelevant.</u> A suspension was rejected since this concerned the integrity of the Company and enforcement of the Policy. Ms. Grzyacz also testified that the reasonableness of the victim's belief must be considered. She said Mr. Imai also told her that the words "aloha" and "manapua" have the meanings Ms. Fretty attributed to these words.

g) When he was interviewed, Mr. Oamilda denied knowing that the words "aloha" or "manapua" could have these meanings. Mr. Oamilda testified that on August

1, 2011, he called Tammy Bradshaw to follow-up on a customer. Instead of Ms. Bradshaw answering her phone, Ms. Fretty answered it. They exchanged pleasantries because he did not want to be rude. Ms. Fretty mentioned to him that she was tired. He asked her why, did she go to the Big Island for hula? Ms. Fretty said no, that she went with her boyfriend to take his son home. She then mentioned something about manapua. So he asked her is she was spreading aloha. The conversation was short. He told Ms. Fretty that it was good that she had a boyfriend and again asked to speak to Ms. Bradshaw. Mr. Oamilda testified that he never heard that "manapua" means "pussy." He has never heard that "spreading aloha" means "spreading your legs" or "sleeping around." He did not actively seek work after his termination since he went into a depression over being fired. Because he was fired, he lost his self-worth.

## IV. DISCUSSION

As noted at the outset, this case turns not so much as "what was said", but as stated by Employer in its Statement of Facts (see footnote 1, supra):

"The remarks themselves are not in dispute. **The interpretation of the remarks is disputed**" (emphasis added).

This case reminds the Arbitrator of an old saw concerning language:

"The English and the Americans are two peoples separated by a common language". Or, as may otherwise be stated, I did not say what you thought you heard. This is apparently the difficulty in this case.

While Ms. Fretty and some of the witnesses called maintain they "have lived in

Hawaii for decades and know that although the words "Aloha" and "manapua" and "holoholo" are common words in Hawaii, they have alternative, dirty, and indecent meanings as well. Before discussing further, this Arbitrator notes he has lived in Honolulu in excess of five decades but is not, and has not ever been, in any way familiar with the meaning, implications and interpretations attributed to Grievant's words and language by Ms. Fretty and "Cookie". The word Aloha is defined in Hawai'i Revised Statutes. See Exhibit "A" attached hereto. The Arbitrator does not believe that when the Section 5-7.5(a) HRS speaks to the Aloha Spirit saying:

> "Each Person must think and emote good feelings to others" or that "Aloha" is more than a word of greeting or farewell or a salutation, "Aloha" means mutual regard and affection and extends warmth in caring with no obligation to return....[it] is the essence of relationships in which each person is important too every other person for collective existence [it] means to hear what is not said, to see what cannot be seen and know the unknowable"..

it carries no dirty, sleazy or sordid connotations. Quite to the contrary, he has further researched the term "Aloha" and attaches as Exhibit "B" hereto, an article "The Deeper Meaning of Aloha" by Curby Rule, not required reading, but well worth the read.

In endeavoring further to understand the interpretations and definitions placed on the language of Exhibit 1 by Ms. Fretty, et al, the Arbitrator inquired of his two daughters (one about Ms. Fretty's age and the other younger), were born and raised in Honolulu "for many decades" and attending local schools, as to these purported meanings. Neither recognized Ms. Fretty's interpretation. He further inquired of other long time Hawaii residents, ladies (and one gentleman) as to this "Hawaiian common slang", None was

10

familiar with Ms. Fretty's "Hawaiian slang", and attributed no "alternative" or "supplemental" meanings to the words and/or language used in Exhibit 1, other than the normal usage of language .

The Arbitrator has also attempted to understand why Ms. Fretty started this conversation with Grievant in the first place, particularly as they had apparently not spoken in a year or two after a bad "misunderstanding in 2005. The record is also clear that Grievant did not call Customer Service intending to reach and/or talk to Ms. Fretty, reaching her only because she answered his phone call to Tammy Bradshaw. Ms. Fretty herself initiated the conversation and subsequent problems by asking him "How was your weekend?", a totally unnecessary inquiry under the circumstances He responded politely as might be expected, by asking her the same question, whereupon the situation deteriorated and degenerated from there. She then proceeded to involve a number of "strangers" to the call embroiling them in the circumstance and began calling for, if not demanding, Grievant's discharge. This point alone raises some issue as to Ms. Fretty's credibility and motivation. While the Arbitrator cannot and does not conclude that she exaggerated or otherwise told untruths, his observations and impressions of her when she testified may perhaps be summarized by a quote from Hamlet, as modified by time:

*"Methinks the Lady doth protest too much"*.

In its original, Shakespearian quote was *"The lady does protest too much...methinks"* almost always presently misquoted as "Methinks the lady doth protest too much". By

11

"protest," [Gertrude] didn't mean "object" or "deny"—these meanings postdate Hamlet. The principal meaning of "protest" in Shakespeare's day was "vow" or "declare solemnly," a meaning preserved in our use of "protestation." When we today smugly declare that "the lady doth protest too much," we almost always mean that the lady objects so much as to lose credibility. Gertrude says that Player Queen affirms so much as to lose credibility. Her vows are too elaborate, too artful, too insistent, which in this Arbitrator's view, is the circumstance in this case.

Additionally, the Arbitrator has "googled" "holoholo" and "manapua"and examined the "On Line Slang Dictionary". (See e.g., Exhibits "C" and "D"). He has been unable to locate any of the definitions ascribed to these words by Ms. Fretty.  While admittedly such meanings may in fact exist, they are not, or do not seem to be the  **"common interpretations"** as Ms. Fretty  alleges, which alternative meanings were emphatically communicated to Ms. Grzyacz[4] and upon which interpretations she recommended discharge.  The Arbitrator is not willing to attribute Gena's meanings and inferences to Grievant or that the "obscene" meanings and definitions could be attributed to him when he used the Hawaiian words, Aloha, manapua, holoholo, etc.  Assuming arguendo such "alternate" meanings, the Arbitrator concurs with Arbitrator Franckiewicz in **Mead Corp,**

---

[4] It is noted that upon her initial review of Gena's complaint, Ms. Grzyacz was also completely unfamiliar with the claimed "alternate" meanings of Aloha, holoholo, manapua, etc, attributed to them by complainant, she recognizing their actual and commonplace meanings and definitions only.

12

113 LA 1169, 1182, cited by Grievant in his Post Arbitration Brief:

> It is true that the Employer has a duty to keep the workplace free
> of sexual harassment. This does not mean, however, that every
> employee who engages in any form of sexual harassment, no
> matter how minor, necessarily is to be discharged. To the extent
> that S's conduct is characterized as sexual harassment, it seems to
> me that his behavior falls at the less severe end of the spectrum.
> <u>Without exception, all the behavior attributed to him was verbal,
> rather than involving unwelcomed touching.</u> For the most part,
> his statements involved sexual innuendoes and banter, rather than
> requests for sexual favors,...... .(Emphasis added.)..

Grievant, at page 18 of his brief, cites also to **The Common Law
of the Workplace**, 2ⁿᵈ Ed., Antoine at 190, Section 6.9

> (1) The employer bears the burden of proving just cause for
> discipline. That includes proof that the level of discipline imposed
> was appropriate.

This is a standard with which this Arbitrator concurs and has long followed.

Under the circumstances and facts of this case, he is compelled to conclude that

Employer has not met its burden of proof to establish sexual harassment, indeed

not to the extent so to justify discharge of a long term employee, no matter the

standard applied (e.g. beyond a reasonable doubt, clear and convincing, etc.).

This Arbitrator must also note that in investigating and processing this

grievance, it appears Employer did all within its power and authority to enforce

what appears to be a perfectly legitimate and necessary anti-harassment policy.

He finds no fault with either the policy or the manner in which Ms. Grzyacz, et al

investigated this complaint or effected what at the time to them, seemed a proper

form of relief . Ms. Grzyacz and the Management team was entitled to rely upon (and did) of Ms. Fretty's complaint and the interpretations thereof of Ms. Fretty and her associates. They had no requirement to investigate at great depth, the "Hawaii pidgin" and meanings or words/phrases attributed to them by the complaining witness; if indeed they had done so it is doubtful they would have met with any better success than did the Arbitrator. As noted earlier, this Arbitrator himself, although living in Hawaii "for decades" and associated with many Hawaiian cultural groups (e.g. Royal Order of Kamehameha, Iolani Palace, Bishop Museum), has not in over 50 years, seen or become familiar with the interpretations placed on the words in the conversation by Ms. Fretty. Employer's counsel was "right on" in his observation at page 1 of his Post Arbitration Brief to the effect that the interpretation of the remarks is the dispute in this case.

## V. DECISION and ORDER

Given the fact circumstance as above outlined, the Grievance is granted. The Grievant is reinstated with full pay, allowances and seniority. It is so Ordered.

DATED: Honolulu, Hawaii, June 21st, 2012

STUART M. COWAN

Sworn to before me this 21st day of June 2012

Notary Public, State of Hawaii
My commission expires: 11/16/15
Name Printed : Amy K.

| Doc Date: | June 21, 2012 | # Pages | 14 |
| Name: | Amy K. Tom | | 1st Circuit |
| Doc. Description: Arb Findings, Decision and Award | | | |

Signature _____ Date

NOTARY CERTIFICATION

# The Law of Aloha



Center for Labor Education & Research
University of Hawai'i - West O'ahu
96-043 Ala Ike, Bldg. 400, Rm. 402
Pearl City, HI 96782

| http://clear.uhwo.hawaii.edu | email: clear@hawaii.edu |



# Hawai'i Revised Statutes

**§5-6 Seal; commercial use.** Whoever uses any representation of the great seal or the coat of arms of the State in any advertisement or for any commercial purpose or in any manner likely to give the impression of official State approval shall be guilty of a misdemeanor. The preceding sentence shall not be construed to apply to the use of the seal or the coat of arms in any newspaper, periodical, book or pamphlet wherein the seal or coat of arms is printed for informational purposes only. [L 1967, c 86, § 1; HRS § 5-6]

**§ 5-6.5 State language.** The Hawaiian language is the native language of Hawai'i and may be used on all emblems and symbols representative of the State, its departments, agencies and political subdivisions. [L 1978, c 207, § 1]

**§ 5-7 State popular name.** The name "The Aloha State" is adopted, established, and designated as the official "popular" name for the State, to be effective so long as the legislature of the State does not otherwise provide. [L 1959, JR 1, § 1; Supp, § 14-5.1; HRS §5-7]

**§ 5-7.5 "Aloha Spirit".** (a) "Aloha Spirit" is the coordination of mind and heart within each person. It brings each person to the self. Each person must think and emote good feelings to others. In the contemplation and presence of the life force, "Aloha", the following **unuhi laulā loa** may be used:

"**Akahai**", meaning kindness to be expressed with tenderness;
"**Lōkahi**", meaning unity, to be expressed with harmony;
"**'Olu'olu**" meaning agreeable, to be expressed with pleasantness;
"**Ha'aha'a**", meaning humility, to be expressed with modesty;



http://clear.uhwo.hawaii.edu/lawaloha.html

"**Ahonui**", meaning patience, to be expressed with perseverance.

These are traits of character that express the charm, warmth and sincerity of Hawaii's people. It was the working philosophy of native Hawaiians and was presented as a gift to the people of Hawai'i. "**Aloha**" is more than a word of greeting or farewell or a salutation. "**Aloha**" means mutual regard and affection and extends warmth in caring with no obligation in return. "**Aloha**" is the essence of relationships in which each person is important to every other person for collective existence. "**Aloha**" means to hear what is not said, to see what cannot be seen and to know the unknowable.

(b) In exercising their power on behalf of the people and in fulfillment of their responsibilities, obligations and service to the people, the legislature, governor, lieutenant governor, executive officers of each department, the chief justice, associate justices, and judges of the appellate, circuit, and district courts may contemplate and reside with the life force and give consideration to the "**Aloha** Spirit". [L 1986, c 202, § 1]

Ph: 454-4774; FAX: (808) 454-4776;
E-Mail: clear@hawaii.edu;
To visit CLEAR's Home Page

Click here for access to a helpful Glossary of Labor and Legal Terminology

6/8/2012 10:26 AM

http://www.huna.org/html/deeper.html



**Teaching Hut**

**Village Gate**

# Article

### THE DEEPER MEANING OF ALOHA
### by Curby Rule

For those who follow the path of Huna, or are
fortunate enough to live in Hawai'i, it is common for
us to use the word Aloha. We use it in greetings and
farewells and in expressing love. But the word
means even more, it is a way of life.

Besides these common meanings, the word Aloha
holds within itself all one needs to know to interact
rightfully in the natural world. These insights
describe an attitude or way of life sometimes called
"The Aloha Spirit" or "The Way of Aloha".

The spirit of Aloha was an important lesson taught
to the children of the past because it was about the
world of which they were a part. One early teaching
goes like this:

> Aloha is being a part of all, and all being
> a part of me. When there is pain - it is
> my pain. When there is joy - it is also
> mine. I respect all that is as part of the
> Creator and part of me. I will not
> willfully harm anyone or anything.
> When food is needed I will take only my
> need and explain why it is being taken.
> The earth, the sky, the sea are mine to
> care for, to cherish and to protect. This is
> Hawaiian - this is Aloha!

As the child grew, the need for a fundamental code
of ethics was taught. This code is found within a
deeper layer of the meaning of the word Aloha. The
code is derived from one of the acronymic meanings
of Aloha.

A, ala, watchful, alertness
L, lokahi, working with unity



6/8/2012 10:23 AM

O, oia'i'o, truthful honesty
H, ha'aha'a, humility
A, ahonui, patient perseverance

The kahuna David Bray interprets this code as "Come forward, be in unity and harmony with your real self, God, and mankind. Be honest, truthful, patient, kind to all life forms, and humble." He also stated that to the Hawaiian of old, Aloha meant "God in us."

So far, within Aloha, we have found an explanation of our place in the world and a code of ethics to help us with our interactions in the world. The only thing we are missing is our "prime directive" while we are here, and that too can be found within the root words that make up Aloha.

alo, 1. sharing 2. in the present
oha, joyous affection, joy
ha, life energy, life, breath

Using Hawaiian language grammatical rules, we will translate this literally as "The joyful sharing of life energy in the present" or simply "Joyfully sharing life".

But another layer of meaning can be found by factoring in the meanings of the roots words in aloha. "A" means "to burn" (figuratively, to sparkle) and it is also the name of mold found in souring foods. "Lo" is short for lo'o and loa'a which mean "to obtain or procure". Together these indicate a transformation of energy (burning, sparkling, souring food), a product of an energy transformation (the mold), and an effort to get or obtain something. To me this sounds exactly like consciously manifesting or creating. This brings us to another translation of Aloha. "To consciously manifest life joyously in the present." This is our prime directive.

Another translation of Aloha gives us the a prime

method of acquiring the Mana or spiritual influence, to use in manifesting. Breathing in the present moment. Awareness of your breath and correct normal breathing increases Mana and concentrated breathing increases mana even more.

I have always had a Big Cosmic Question about our existence, which is much easier to contemplate when broken down into smaller parts. The parts are Who, What, When, Where, and Why. Aloha has answered three of these, so far. Who, of course is you and I. What, is the conscious creation of your Reality. When, is Now, the Present Moment, that place between past and future, which is the only place Reality exists. The answer to Where, is Nature. The answer to Why, is because we are here to cherish, protect and take care of this being we live upon, the Earth.

I will explain.

The Hawaiians have no word for "nature" as in the sense of "being outside in nature", but they do have a word for "world" or "Earth". The word is honua and it also means "background" or "foundation". The ancient Hawaiians did not view nature as being something separate from themselves because nature was their reality. So, Where is in Nature, the foundation of our physical world.

To find the answer to Why, we must look deeper.

If we look at the root words in honua we find the word ho'o-nu a. Some of the meanings of this word are: 1. to give generously and continuously; 2. to indulge as a child; and 3. surging, rising in swells, as the sea. So, a deeper meaning of honua is that the foundation of our physical reality, Nature, is continuously and generously giving to satisfy our needs and fulfill our wishes. But here is also a meaning of give and take. Just as the rising swells of the sea recede to gain renewed energy, Nature must also "recede" to renew Itself and give strength to the

foundation of our reality. So, just as Nature gives of itself to us, we must give of ourselves back to Nature.

This truth can be found in one the tellings of the creation story about Papa and Wakea, the prime Earth Mother and Sky Father.

"From the first union of Papa and Wakea, comes a male child who is born prematurely. The child is dead at birth and is buried. From his body grows a shoot that Wakea names Haloa. This shoot becomes the first taro plant. The next male child to be born is also named Haloa in honor of his dead sibling and he becomes the prime ancestor of mankind".

Let me explain the meanings behind this story.

Haloa means "long, waving stem". This first taro plant represents a staple of the Polynesian diet, but also all plants that grow on this earth. Haloa, also means "long breath" and on an esoteric level, "everlasting cycle." The life and death cycle of plants sustain all creatures, including us. Plants are a source of food and medicine, and they produce the oxygen we breathe. The first human is named Haloa in honor of these plants and to remind us to honor and tend the "everlasting cycle." The gift of life passes from a human to the plants and then back to humanity.

This story tells us that the quality of our existence is ultimately tied to Nature. Nature's continuous transformative cycles of water, air and growth are necessary for existence. Nature is an embodiment of the meaning of Aloha, and vice versa. It is no coincidence that Aloha and Haloa are re-spellings of each other. It is in Nature that we can discover the wonder of our existence here on Earth. Where else but in Nature is the spirit of Aloha easier to experience? Its beauty is awe-inspiring and energizing and draws you into the present moment, not unlike the feelings brought on by love and joy.

Nature is also where we can gain the wisdom to make responsible choices if we approach with Aloha in our heart. With an attitude of Aloha we can gain from the wisdom of the wind and the wisdom of the water and the wisdom of the soil and the wisdom of the trees and learn from the truths and revelations presented by the non-human community.

So, we've seen that Aloha is indeed a way of life, an attitude and it even contains guidelines to help us in our lives. It is most definitely a "word to the wise."

In closing, I'd like to bring to mind another old saying, "a picture is worth a thousand words" and point out that Aloha is a perfect example that in the Hawaiian language sometimes the opposite of this saying is true as well. So, the next time you greet a friend with "Aloha," hold its meanings close to your heart and think of the picture you're painting. It is indeed a beautiful world.

[Top of page]

Copyright by Aloha International 2001
Contact Us

go holoholo - Google Search

http://www.google..../#hl=en&gs_nf=1&gs_mss=go1 holoholo&pq...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ›

go holoholo                                                                  [ ]    Sign In

Search          About 149,000 results (0.23 seconds)

Everything      **Go Holoholo**
                www.go-holoholo.com/
Images          www.dapineappleguy.com. Go Holoholo Inc. 1272 S. King Street, Suite 205. Honolulu,
Maps            HI 96814 (808) 531-5050 Fax(808) 589-0055 www.go-holoholo.com ...

Videos          **Go Holo Holo**
                goholoholo.blogspot.com/
News            Go Holo Holo. A Hawaiian phrase meaning to go out and have adventures... No posts.
Shopping        No posts. Home. Subscribe to: Posts (Atom) ...

More            **We go holohololl - Honolulu**
                www.yelp.com/list/we-go-holoholo-honolulu
Kaneohe, HI     Skip to Search Form; Skip to Navigation; Skip to Page Content ...
Change location 1. Koko Head State Park   Honolulu, HI 96825          Categories: Hiking ...
                2. Sanoya Ramen         1785 S King St Honolulu, HI 96826  (808) 947-6065
Show search tools
                **Let's go holo holo**
                pinterest.com/malles/let-s-go-holo-holo/
                How cool is this?!?: Swim in Jellyfish Lake in Palau. The lake was originally part of the
                ocean, but it was closed off and, over time, the jellyfish have lost the ...

                **Go Holoholo Tours - Honolulu, Hawaii - foursquare**
                https://foursquare.com/v/go-holoholo.../4c44c2cfdd1f2d7ffc4e80f9 .
                ... up with friends, discover what's nearby, save money & unlock rewards. Get Started
                Now ... Go Holoholo Tours. 1272 S King Street, Honolulu, Hawaii 96814 ...

                **HOLO 'HOLO hawaii nei**
                oxbx1.angelfire.com/
                We have the tips and tricks to having a wonderful time without spending too much and
                seeing the spots that few ever get to see... Holo Holo is a slang we use ...

                **Go-Holoholo, Inc | hawaii pineapple tours destination management ...**
                www.thinklocal.com/GoHoloholoInc-17932198.html
                Local business services, information and reviews for Go-Holoholo, Inc in Honolulu, HI
                96814. Find local information for Travel Arrangement & Services.

                **Eddie Would Go - HoloHolo Review**
                holoholoreview.wetpaint.com/page/Eddie+Would+Go
                COLEMAN, Stuart Holmes, E ddie Would Go: The Story of Eddie Aikau Hawaiian Hero
                . Honolulu, Hawaii: MindRaising Press (P.O. Box 11391 Honolulu, Hawaii ...

                **Go 'holoholo' around Molokai on new agricultural tour | The ...**
                the.honoluluadvertiser.com/article/2007/Sep/.../br0948635271.html
                Updated at 4:21 p.m., Sunday, September 30, 2007. Go 'holoholo' around Molokai on
                new agricultural tour. By CARLA TRACY The Maui News. There's a new ...

                **Go Holoholo Inc in Honolulu, HI 96814 - (808) 589-0055**
                yellowpages.staradvertiser.com/go+holoholo+inc.9.99243801p.home...
                Information on Go Holoholo Inc in Honolulu. (808) 589-0055. Address, phone number,
                map, driving directions, hours of operation, services, reviews and more for ...

                          1  2  3  4  5  6  7  8  9  10      **Next**

                          Advanced search   Search Help   Give us feedback

                Google Home   Advertising Programs   Business Solutions   Privacy & Terms
                                          About Google

                              EXHIBIT "C"

go holoholo - Google Search                                    http://www.google.....#hl=en&gs_nf=1&gs_mss=got holoholo&pq...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

go holoholo                                                         [ ]        Sign in

Search          Page 2 of about 149,000 results (0.14 seconds)

Everything      **Go Holo Holo Massage, LLC - Lake Forest, California (CA - Manta**
                www.manta.com/c/mryz9v3/go-holo-holo-massage-llc
Images          Go Holo Holo Massage, LLC company profile in Lake Forest, CA. Our free company
                profile report for Go Holo Holo Massage, LLC includes business information ...
Maps

Videos          **How do I beat the holoholo bird? - Baten Kaitos Origins Answers for ...**
                www.gamefaqs.com › GameCube › Role-Playing › Console-style RPG
News            Slowly but surely, that bird will go down. Here are the stats: Holoholo bird is weak
                against lightning based attacks; Holoholo chicks are weak against fire based ...
Shopping

More            **Go Holoholo Inc Honolulu, HI, 96814 - YP.com**
                www.yellowpages.com/honolulu-hi/.../go-holoholo-inc-458515445
                Get directions, reviews, payment information on Go Holoholo Inc located at Honolulu,
  · · · ·lo, HI   HI. Search for other No Internet Heading Assigned in Honolulu.
Change location

Show search tools   **Its Saturday, Lets Go Holoholo | Red Ink Diary**
                200westmain.com/redinkdiary/?p=187
                Aug 2, 2008 -- Holoholo is a Hawaiian word, it means something along the lines of a
                fun trip, goofing off. As with so much in the islands it is also a hula, ...

                **Go Holoholo Inc, Honolulu HI 96814**
                www.merchantcircle.com/business/Go.Holoholo.Inc.808-589-0055
                Go Holoholo Inc, 1272 S King St Ste 205, Honolulu, HI. Tel: 808-589-0055. Get Maps,
                Driving Directions, Phone #, Reviews, for Go Holoholo Inc in Honolulu.

                **Holo Holo - YouTube**
                   www.youtube.com/watch?v=rLxYOHD9vJ4
                                        Feb 15, 2010 - 4 min - Uploaded by paradisepligrim
                                        We go- get your fishing pole. We go- aloha aina. We go- we're
                                        going trolling. We go- off in the wild blue ...

                **"We Go" DTS - YWAM Holoholo, Kona, Hawaii - YouTube**
                   www.youtube.com/watch?v=rnJ4aswJWEGs
                                        Dec 18, 2011 - 4 min - Uploaded by Holoholoministries
                                        A Day at YWAM Montana 7:26. Watch Later Error A Day at
                                        YWAM Montanaby JordanBaker357 views ...

                More videos for go holoholo »

                **Eh braddah Opil Long time you go holoholo, yah? - Democratic ...**
                www.democraticunderground.com › Discuss
                Eh braddah Opil Long time you go holoholo, yah? ... Reply #26: Eh braddah Opil
                Long time you go holoholo, yah? [View All] ...

                **Holo Holo- "to go out and have adventures" | Marcia Wilson Yoga**
                marciawilsonyoga.com/.../holo-holo-to-go-out-and-have-adventures/
                Holo Holo- "to go out and have adventures". Posted on by admin. Holo Holo- "to go
                out and have adventures". One of the things I value most about teaching both ...

                **YWAM Holoholo FAQ's**
                www.holoholo.info/FAQS.html
                Holoholo is a Hawaiian word for "going out" or "cruising" or "to go fishing." Holoholo
                Ministries is a family style ministry that has gone "cruising" and "fishing for ...

                Previous    1  2  3  4  5  6  7  8  9  10    Next

                Advanced search   Search Help   Give us feedback

                Google Home   Advertising Programs   Business Solutions   Privacy & Terms
                                        About Google

go holoholo - Google Search                            http://www.google.....#hl=en&gs_nt=1&gs_mss=got nolonolo&pq...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

go holoholo                                                          ☐        Sign in

Search        Page 3 of about 149,000 results (0.17 seconds)

Everything      **"We Go" YWAM Holoholo DTS in Kona, Hawaii on Vimeo**
                vimeo.com/32243958
Images          Nov 18, 2011 - 4 min
Maps            http://HOLOHOLO.info YWAM is a global missions movement
                with bases in over 149 countries with one heart ...
Videos
                More videos for go holoholo »
News
Shopping        **AlohaWorld.com | Holo Holo Afta Da Fights**
                alohaworld.com/hanabuddah/663-holo-holo-afta-da-fights
More            We would like to get an idea as to which stories you like the best ... and ... it was long
                ago but I still can remember when we used to go ... holo holo after "da fights ...
Kaneohe, HI
Change location **Go Holoholo Inc - Honolulu,HI 96814 - Travel Agencies | (808) 589 ...**
                www.bundle.com/merchant/.../go-holoholo-inc-honolulu-hi-219557...
Show search tools       Rating: 19% - 100 votes
                Unbiased ratings, reviews, and prices for Go Holoholo Inc. Find the best Travel ... Go
                Holoholo Inc is the #5 best for travel agencies near makiki,honolulu,hi and ...

                **HULA TO GO (hula i ka holoholo) | Facebook**
                www.facebook.com/pages/HULA...GO...i...holoholo/144384963094
                HULA TO GO (hula i ka holoholo) is on Facebook. To connect with HULA TO GO (hula
                i ka holoholo), sign up for Facebook today. Sign UpLog in · Like ...

                **Holoholo to the Windward Side - Made Healthier**
                madehealthier.com/2008/05/26/holoholo-to-the-windward-side/
                May 26, 2008 — Yesterday we went holoholo since I finished my weekend project for
                work earlier than expected. For us to get to the windward side we just ...

                **Let's Go Holoholo | Cranky Gurl's Corner**
                crankygurl.wordpress.com/2012/03/30/lets-go-holoholo/
                Mar 30, 2012 — Well, in Hawaii, holoholo means to go out, leisurely cruising around,
                usually in the car. Or in general, just to go out and enjoy. And since the ...

                **Holoholokai Park & Puako Petroglyphs | Hawaiian Seamonkey**
                hawaiianseamonkey.com/2009/08/holo-holo-kai/
                Aug 16, 2009 — Holoholo – To go for a walk, ride, or sail; to go out for pleasure, stroll,
                promenade; To go holoholo is to spend the day out and about for fun.

                **Going Holo Holo (vacation travel) - HawaiiThreads.com**
                www.hawaiithreads.com › Hui Aloha › Islands Ahoy
                15 posts - 7 authors - May 11, 2011
                Going Holo Holo (vacation travel) Islands Ahoy. ... After a few days in Hawaii to get
                settled, I'm flying once again, this time to Ohio to visit my ...

                **Holoholo in "Summer Rain" - Meleana**
                www.meleana.com/shop/index.php?c=31&p=218
                Holoholo » Holoholo in "Summer Rain". Holoholo in "Summer Rain" Hawaiians say, "lets
                go holoholo" when they are heading out for a day of cruising the island, ...

                **Play HoloHolo Island for free online | Puzzle ... - Girls Go Games**
                www.girlsgogames.com › Puzzle › Bubble Shooter Games
                Play HoloHolo Island online on GirlsgoGames.com. Every day new Girls Games online!
                HoloHolo Island is Safe, Cool to play and Free!

                        Previous    1  2  3  4  5  6  7  8  9  10      Next

                        Advanced search   Search Help   Give us feedback

                Google Home   Advertising Programs   Business Solutions   Privacy & Terms
                                        About Google

go h ... Google Search

http://www.google.... #hl=en&gs_nt=1&gs_mss=got holoholo&pq...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

go holoholo                                                          Sign in

Search                    Page 6 of about 149,000 results (0.13 seconds)

Everything        **holoholo**
                  www.e-hawaii.com/pidgin/holoholo
Images            May 1, 2010 – holoholo – Pidgin English Definition holoholo (ho loh ho loh) Definition:
Maps              to go out, especially for a ride for leisure Share this:ShareEmailPrint.

Videos            [PDF] noW*MAU1PULLEn UP ' ISLANDS. a ~ » ~
News              www.nps.gov/hale/forkids/upload/maui-island-myth.pdf
                  File Format: PDF/Adobe Acrobat - Quick View
Shopping          ME1u'i to come holoholo (to go out,_swim,, to travel,, ' cruisin', for pleasure) with
                  them. [You must understand that the Hawaiians do not say or even think about ...
More
                  **About Holoholo Wale – Holoholo Wale**
Kaneohe, HI       holoholowale.com/about-holoholo-wale/
Change location   Here's a cool thing: Holoholo Wale was mentioned in Native Peoples Jan/Feb ... In
                  order to get to Hawaii for this January birthday, my mate and I boarded a flight ...
Show search tools
                  **Holo Holo Charters - Eleele, HI**
                  www.yelp.com › Active Life › Boating
                       91 reviews
                  Can't wait to go back. Oh, if you use Holo Holo Charters more than once, you get a
                  25% discount (repeat offender discount) for any future trips, just mention ...

                  **HoloHolo Island - Free online games at Agame.com**
                  www.agame.com/game/holo-holo-island.html
                  HoloHolo Island, Shoot at group of bubbles of the same color and clear the board to
                  complete ... Go play and win some awards to earn more points and level up!

                  **Holo Holo Destinations**
                  50thplate.com/?cat=30
                  Jan 5, 2011 – the 50th plate · Recipes · Products · Dining Out/Take-Out · Go Holo
                  Holo! Kitchen Tips. Currently viewing the category: "Holo Holo Destinations" ...

                  **Holo Holo Charters - Discover Kauai | Aloha Hawaii**
                  www.aloha-hawaii.com/kauai/holo-holo-charters/
                  The only way to get an up close look at this magnificent scenery is by boat, and
                  fortunately, Holo Holo Charters offers TWO incredible ways to explore the ...

                  **Da Pineapple Guy - Links To Affiliate Websites**
                  www.dapineappleguy.com/pineapplelinks/links.html
                  Go Holoholo - www.go-holoholo.com - Your One Stop Shop To The World! Apple
                  Magic - www.applemagic.net - At Apple Magic we strive to be the best Quality ...

                  **GO HOLOHOLO - Maoliworld**
                  maoliworld.ning.com/profiles/blogs/go-holoholo
                  Aug 16, 2009 – ALOHA, MAOLIWORLD OHANA Need bonding time with your Ohana,
                  Go Holoholo with them to; Las Vegas, Disney World, Japan, Tahiti, ...

                  **Go Holoholo Inc in Honolulu, HI - (808) 589-0055**
                  www.local.com/business/details/...hi/go-holoholo-inc-99243601/
                  Business listing for Go Holoholo Inc in Honolulu, HI. 1272 S King St Ste 205. (808)
                  589-0055. Reviews, maps, driving directions, services area, address, phone ...

                  Previous      1  2  3  4  5  6  7  8  9  10      Next
                         Advanced search   Search Help   Give us feedback
                  Google Home   Advertising Programs   Business Solutions   Privacy & Terms
                                          About Google

1 of 1                                                          5/29/2012 2:07 PM

manapuà honolulu - Google Search

http://www.google.com/#hl=en&sclient=psy-ab&q=manapua+honolu...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ˅

manapua honolulu                                                          Sign In

Search                    About 53,600 results (0.25 seconds)

Web                       **Libby Manapua Shop Inc**                    ᵗ410 Kalihi Street
                          plus.google.com                              Honolulu
Images                    6 Google reviews                             (808) 841-2253

Maps                      **Island Manapua Factory**                   2752 Woodlawn Drive
                          plus.google.com                              Honolulu
Videos                    1 Google review                              (808) 988-5441

News                      **Island Manapua Factory**                   811 Gulick Avenue
                          plus.google.com                              Honolulu
Shopping                  Google+ page

More                      More results near Honolulu, HI »

Kaneohe, HI               **Manapua Honolulu**
Change location           www.yelp.com/search?find_desc=manapua&find...Honolulu%2C...
                          Reviews on Manapua in Honolulu - Libby Manapua Shop, Island Manapua Factory,
Show search tools         Island Manapua Factory, Alea Manapua and Snacks, Manapua Man, Char ...

                          **Libby Manapua Shop - Kalihi - Honolulu, HI**
                          www.yelp.com › Restaurants › Hawaiian
                          Rating: 4.5 - 124 reviews - Price range: $
                          Digital C. said: "Leeward Drive Inn is a place we used to go regularly when I was a kid.
                          The one thing that hasn't changed is the fried noodles! They are the best.
                          + Show map of 410 Kalihi Street, Honolulu, HI 96819

                          **Royal Kitchen**
                          royalkitchenhawaii.com/
                          Started in 1974, Royal Kitchen was one of the first shops in Honolulu to offer ... The
                          baked "bao" (or popularly known as "manapua") had a variety of fillings: cha ...
                          + Show map of 100 North Beretania Street, Honolulu, HI 96817

                          **Best Manapua - Final Results and Rankings**
                          www.wowgrinds.com/index.php?option=com_content...id...
                          Six grand masters of the ancient art of manapua making faced off in a WOW Grinds ...
                          Alea Manapua and Snack Shop ... Honolulu Advertiser Best Manapua ...

                          **Libby Manapua Shop - Kalihi - Palama - Honolulu, HI 96819 ...**
                          honolulu.metromix.com › Honolulu Restaurants › Places to Eat
                          When it comes to manapua, Libby's is a Honolulu institution. They get back to basics
                          here with a limited menu of offerings. There's almost always a line out the ...

                          **Island Manapua Factory - Manoa - Honolulu, HI 96822 | Metromix ...**
                          honolulu.metromix.com › Honolulu Restaurants › Places to Eat
                          More cities: New York, Chicago, Philadelphia, Dallas, San Francisco View all». Home ›
                          Honolulu Restaurants › Places to Eat › Island Manapua Factory ...
                          + Show map of 2752 Woodlawn Drive, Honolulu, HI 96822

                          **Libby Manapua Shop Inc - Honolulu, HI, 96819 - Citysearch**
                          honolulu.citysearch.com › Honolulu › Restaurants
                          Libby Manapua Shop Inc in Honolulu, HI. Come to Citysearch® to get information,
                          directions, and reviews on Libby Manapua Shop Inc and other Restaurants in ...

                          **Libby Manapua Shop Incorporated Reviews - 7 Restaurant Reviews ...**
                          www.tripadvisor.com/Restaurant_Review-g60982-d434369-Reviews...
                          7 reviews
                          Libby Manapua Shop Incorporated, Honolulu: See 7 unbiased reviews of Libby
                          Manapua Shop Incorporated, rated 4.0 of 5 on TripAdvisor and ranked #472 of ...

                          **'Ono Kine Grindz: Manapua**
                          onokinegrindz.typepad.com/ono_kine_grindz/manapua/index.html
                          Honolulu, HAWAII; Chubbypanda - The Epicurious Wanderer .... Royal Kitchen is the
                          home of "baked manapua," so if it's baked manapua that I want to eat, I will ...



EXHIBIT "D"

Char Hung Sut - Manapua and More in Honolulu - Menu In Progress
menuinprogress.com/2012/.../char-hung-sut-manapua-and-more-in.h...
Jan 12, 2012 – One of the things we knew we wanted to try while in Honolulu was
Manapua - the local take on a Char Siu Bao - so we hopped on a bus to ...

Searches related to **manapua honolulu**

| | |
|---|---|
| best manapua honolulu | manapua man honolulu |
| char hung sut honolulu | chun wah kam |
| manapua honolulu chinatown | libby's honolulu |
| libby manapua shop honolulu menu | manapua van |

1  2  3  4  5  6  7  8  9  10      Next

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google